IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURLEY HOLDEN, JR.                                                      PLAINTIFF

v.                          Civil No. 06-2074

RICK PRESTON'S OIL FIELD SERVICE                                        DEFENDANT

### ORDER

This matter comes before the court for a determination regarding plaintiff's in forma pauperis application and service on defendants. Having reviewed the application, we find it should be granted and plaintiff will be allowed to proceed as a pauper in this matter. The district clerk is directed to file plaintiff's complaint. The matter of service will be determined at a later date.

IT IS SO ORDERED this 21st day of June 2006.

*Beverly Stites Jones*

HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 28 2006

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK

%AO 72A
(Rev. 8/82)