IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURLEY HOLDEN, JR.                                                                         PLAINTIFF

v.                                    Civil No. 06-2074

RICK PRESTON'S OIL FIELD SERVICE                                                           DEFENDANT

### O R D E R

Plaintiff has filed a complaint under Title VII of the Civil Rights Act, along with an in forma pauperis application, which has been granted. The complaint is pending a determination of service of process. In the complaint, plaintiff states that he filed charges against the defendant with the Equal Employment Opportunity Commission (EEOC) on June 20, 2006 and that the EEOC issued a Determination and/or Notice of Right to Sue on June 20, 2006. Plaintiff states in his complaint that both the EEOC charge and the EEOC Determination and/or Notice of Right to Sue are attached to his complaint. (Doc. 3 at ¶¶ 2,3.) These documents have not been attached, as plaintiff states.

Therefore, plaintiff is order to submit a copy of the EEOC charge and EEOC issued Determination and/or Notice of Right to Sue to the court **no later than July10, 2006**. **Plaintiff is advised that should he fail to submit the EEOC charge and EEOC issued Determination and/or Notice of Right to Sue by July 10, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 28th day of June 2006.

**/s/ Beverly Stites Jones**
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

Dockets.Justia.com