**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**CURLEY HOLDEN, JR.**                                                      **PLAINTIFF**

**v.**                      **Civil No. 06-2074**

**RICK PRESTON'S OIL FIELD SERVICE**                        **DEFENDANT**

**O R D E R**

Now on this 30th day of August6, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Motion for Extension of Time (document #7) is hereby **denied and Plaintiff's complaint is dismissed without prejudice.**

**IT IS SO ORDERED.**

                                                       **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**